UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| SANJAYKUMAR R. PATEL; | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-03232-EP |
| MARCO RUBIO, U.S. Secretary of State, | ) | |
| MARKWAYNE MULLIN, Secretary, | ) | |
| U.S. Department of Homeland Security. | ) | |
| | ) | |
| Defendants. | ) | |

### PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

The Petitioner, SANJAYKUMAR R. PATEL, by and through his own and proper person and through her attorneys, ALEX ROSSEBO of LAW OFFICE OF PAUL O'DWYER P.C. and ANDREA OCHOA, of KRIEZELMAN BURTON & ASSOCIATES, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the above-captioned action, filed March 26, 2026, against all defendants without prejudice.

Dated:  July 13, 2026

SO ORDERED

___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 7/14/2026

Respectfully Submitted,

SANJAYKUMAR R. PATEL

By: Alex Rossebo, Esq.
One of his attorneys

Alex Rossebo
Associate Attorney
Law Office of Paul O'Dwyer P.C.
11 Broadway, Suite 715
New York, NY 10004
Tel: (646) 230-7444
*Local Counsel*

1

By: s/ Andrea Ochoa
One of his attorneys

Andrea Ochoa, Esq.
KRIEZELMAN BURTON & ASSOCIATES, LLC
200 West Adams Street, Suite 2211
Chicago, Illinois 60606
(312) 332-2550
aochoa@krilaw.com
Attorney No. 6330234
*Pro Hac Vice*

2